**FILED**
JEANNE A. NAUGHTON, CLERK
NOV 23 2022
U.S. BANKRUPTCY COURT
TRENTON, NJ
BY _____ DEPUTY

Certificate Number: 14912-NJ-DE-036994009

Bankruptcy Case Number: 22-19173

14912-NJ-DE-036994009

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on November 21, 2022, at 11:48 o'clock PM EST, Katherine Gorczynski completed a course on personal financial management given by internet by 001 Debtoredu LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the District of New Jersey.

Date: November 21, 2022          By:     /s/Jai Bhatt

                                 Name:   Jai Bhatt

                                 Title:  Counselor



TRENTON NJ 085
22 NOV 2022 PM 6 L

Katherine Gonczynski
138 Sophee Lane
Lakewood, NJ 08701

United States Bankruptcy Court
402 East State Street
Trenton, NJ 08608

Att: Clerk Jeanne Naughton