UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Denise Carlon Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106
Main Number: (609) 250-0700
dcarlon@kmllawgroup.com

Attorneys for AmeriSave Mortgage Corporation

Case No: 22-19173 CMG

Chapter: 7

Judge: Christine M. Gravelle

In Re:
Katherine M. Gorczynski a/k/a Kathy Mary Gorczynski a/k/a Katherine M. Anderson a/k/a Kathy Gorczynski

Debtor(s).

## NOTICE OF APPEARANCE

Please take notice that in accordance with Fed R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of AmeriSave Mortgage Corporation. Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

ADDRESS:

701 Market Street, Suite 5000
Philadelphia, PA 19106

DOCUMENTS:

☒  All notices entered pursuant to Fed. R. Bankr. P. 2002.
☒ All documents and pleadings of any nature.

Date: 11/22/2022

/s/ *Denise Carlon*
Denise Carlon
22 Nov 2022, 16:24:00, EST
**KML Law Group, P.C.**
701 Market Street, Suite 5000
Philadelphia, PA 19106
201-549-2363
FAX: (609) 385-2214
Attorney for Creditor

*new 8/1/15*

Document ID: 147f1c4636c604ba2804fdba5b1aae9867ba854d55f5eb3535478903288eec1b