UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In re:                                                       Case No. 22-19173-CMG

Debtor       Katherine M. Gorczynski         Chapter 7

### NOTICE OF TELEPHONIC HEARING ON REAFFIRMATION AGREEMENT

You are hereby notified of a hearing before the Honorable Christine M. Gravelle, United States Bankruptcy Judge.

SUBJECT OF HEARING: Reaffirmation Agreement between Debtor and

Nissan Motor Acceptance Company, LLC

LOCATION OF HEARING:    United States Courthouse
                                     402 East State Street
                                     Courtroom No. 3
                                     Trenton, New Jersey 08608

DATE AND TIME:    February 7, 2023 at 12:00PM

THE DEBTOR(S) MAY CONTACT THE COURT AT (609)858-9370 WITHIN 5 DAYS OF THE HEARING DATE TO APPEAR BY PHONE OR REQUEST A MORE CONVENIENT TIME

**NOTICE**
**REAFFIRMATION AGREEMENT - FORM B2400A**

The Director of the Administrative Office of the United States Courts has published a recommended form of reaffirmation agreement, Form B2400A. This reaffirmation agreement form is available on this court's website at www.njb.uscourts.gov. Click on forms, then National Forms.

If you have not already done so, please file a substitute reaffirmation agreement using Form B2400A prior to the hearing.

JEANNE A. NAUGHTON, CLERK

Rachel Stillwell
By Deputy Clerk

I hereby certify that I mailed a copy of the above notice to each of the following: Debtor, Attorney for debtor ( if any), Creditor, and Attorney for creditor (if any)

Rachel Stillwell
Deputy Clerk