UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

**KAREN E. BEZNER, ESQ.**
567 Park Avenue, Suite 103
Scotch Plains, New Jersey 07076
(908) 322-8484
Attorney for Karen E. Bezner, Trustee

Karen E. Bezner
KB 5770

In Re:

KATHERINE GORCZYNSKI,

Case No.: 22-19173

Judge: Hon. Christine M. Gravelle, U.S.B.J.

**Order Filed on February 7, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

### ORDER STRIKING EXEMPTION

The relief set forth on the following pages, numbered two (2) through   2   is hereby **ORDERED**.

**DATED: February 7, 2023**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

(Page 2)
Debtor: Katherine M. Gorczynski
Case No.: 22-19173 (CMG)
Caption of Order: Order Striking Exemption

---

**ORDERED** that the homestead exemption taken by the debtor in the real property at 138 Sophee Lane, Lakewood, New Jersey be and the same is hereby stricken for the reason that said exemption exceeds the maximum allowed by 11 U.S.C. Section 522(d)(1).

.