UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| In Re: | Case No.: | 22-19173 |
| Katherine M. Gorczynski | Chapter: | 7 |
| | Judge: | CMG |

### NOTICE OF PROPOSED ABANDONMENT

__Karen E. Bezner__, __Trustee__ in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

Address of the Clerk:
Jeanne A. Naughton, Clerk
United States Bankruptcy Court
United States Courthouse
402 East State Street
Trenton, New Jersey  08608

If an objection is filed, a hearing will be held before the Honorable __Christine M. Gravelle, U.S.B.J.__ on __March 7, 2023__ at __10:00__ a.m. at the United States Bankruptcy Court, Courtroom no. __3__. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

Description and value of property:
Trustee abandons debtor's one-half interest in 138 Sophee Lane, Lakewood, New Jersey
Valued at $220,000.00

Liens on property:
Amerisave Mortgage, $137,708.00
costs of sale estimated at 10%, or $22,000.00

Amount of equity claimed as exempt:  $27,900.00

Objections must be served on, and requests for additional information directed to:

Name:     Karen E. Bezner, Trustee   /s/  Karen E. Bezner

Address:  567 Park Avenue, Suite 103, Scotch Plains, New Jersey  07076

Telephone No.: (908) 322-8484

*rev.8/1/15*

United States Bankruptcy Court

District of New Jersey

In re:  
Katherine M. Gorczynski  
    Debtor

Case No. 22-19173-CMG  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 3  
Date Rcvd: Feb 08, 2023      Form ID: pdf905      Total Noticed: 36

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 10, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Katherine M. Gorczynski, 138 Sophee Lane, Lakewood, NJ 08701-6285 |
| 519793592 | + | Americo Financial Life and Annuity Insurance Compa, 300 W. 11th St, P.O. Box 410298, Kansas City, MO 64105-1618 |
| 519793593 | + | Amerisave Mortgage, P.O Box 371306, Pittsburgh, PA 15250-7306 |
| 519768657 | + | Comenity Bank Victoria Secret, PO Box 650965, Dallas TX 75265-0965 |
| 519793585 | | Covington Village Condo Assoc., P.O. Box 67750, Phoenix, AZ 85082-7750 |
| 519768663 | | Credit One American Express, Credit One Bank, PO Box 60500, City of Industry CA 91716-0500 |
| 519768664 | | Credit One American Express, Credit One Bank, PO Box 98873, Las Vegas, NV 89193-8873 |
| 519793580 | + | Denis Coughlan, 138 Sophee Lane, Lakewood, NJ 08701-6285 |
| 519793581 | | Geico, P.O. Box 70776, Philadelphia, PA 19176-0776 |
| 519793589 | + | Globe Life Ins., 3700 S. Stonebridge Drive, McKinney, TX 75070-5934 |
| 519793583 | | JCP&L, P.O. Box 3687, Akron, OH 44309-3687 |
| 519768662 | | Mecury Mastercard, Card Services, PO Box 70168, Philadelphia PA 19176-0168 |
| 519793588 | | New Jersey Natural Gas, P.O. Box 11743, Newark, NJ 07101-4743 |
| 519768660 | | Upgrade, Inc., LBX#452210, Po Box 52210, Phoenix AZ 85072-2210 |

TOTAL: 14

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Feb 08 2023 20:39:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Feb 08 2023 20:39:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/Text: NissanBKNotices@nationalbankruptcy.com | Feb 08 2023 20:38:00 | Nissan Motor Acceptance Company LLC fka Nissan Mot, 14841 Dallas Parkway, Suite 425, Dallas, TX 75254-8067 |
| 519771573 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Feb 08 2023 20:47:34 | Ally Financial, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 519768659 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 08 2023 20:47:33 | Capital One, Teamster Privilege, PO Box 4069, Carol Stream IL 60197-4069 |
| 519768654 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 08 2023 20:47:13 | Capital One - Quick Silver, PO Box 4069, Carol Stream IL 60197-4069 |
| 519768656 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 08 2023 20:47:33 | Capital One Platinum, PO Box 4069, Carol Stream IL 60197-4069 |
| 519768670 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 08 2023 20:47:26 | Citibank, Shop Your Way Mastercard, PO Box 78024, Phoenix, AZ 85062-8024 |
| 519768655 | | Email/Text: mrdiscen@discover.com | Feb 08 2023 20:38:00 | Discover, PO Box 70176, Philadelphia PA 19176-0176 |
| 519768671 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Feb 08 2023 20:39:00 | Internal Revenue Service, United States Treasury, |

Case 22-19173-CMG    Doc 37    Filed 02/10/23    Entered 02/11/23 00:15:26    Desc Imaged
Certificate of Notice    Page 3 of 4

| District/off: 0312-3 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Feb 08, 2023 | Form ID: pdf905 | Total Noticed: 36 |

| Recipient ID | | Method | Date/Time | Address |
|---|---|---|---|---|
| | | | | PO Box 145577, Cincinnati, OH 45250-5577 |
| 519768665 | | Email/PDF: ais.chase.ebn@aisinfo.com | Feb 08 2023 20:47:33 | JPMCB Card, Chase Freedom, PO Box 15369, Wilmington DE 19850 |
| 519768661 | ^ | MEBN | Feb 08 2023 20:35:04 | Lending Point, 1201 Roberts Blvd, Suite 200, Kennesaw GA 30144-3612 |
| 519793587 | | Email/Text: NissanBKNotices@nationalbankruptcy.com | Feb 08 2023 20:38:00 | Nissan Motor Acceptance Corp, P.O. Box 660360, Dallas, TX 75266-0360 |
| 519768668 | + | Email/PDF: cbp@onemainfinancial.com | Feb 08 2023 20:47:12 | One Main, PO Box 1010, Evansville IN 47706-1010 |
| 519768669 | | Email/PDF: cbp@onemainfinancial.com | Feb 08 2023 20:47:14 | One Main, PO Box 740594, Cincinnati, OH 45274-0594 |
| 519793584 | | Email/Text: bcwrtoff@cablevision.com | Feb 08 2023 20:39:00 | Optimum, P.O. Box 70340, Philadelphia, PA 19176-0340 |
| 519768658 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 08 2023 20:47:37 | Sears Citibank, PO Box 9001055, Louisville KY 40290-1055 |
| 519768666 | + | Email/PDF: gecsedi@recoverycorp.com | Feb 08 2023 20:47:14 | Syncb/Care Credit, 950 Forrer Blvd., Kettering OH 45420-1469 |
| 519768667 | + | Email/PDF: gecsedi@recoverycorp.com | Feb 08 2023 20:47:23 | Syncb/PPMC Paypal, PO Box 965005, Orlando, FL 32896-5005 |
| 519769352 | + | Email/PDF: gecsedi@recoverycorp.com | Feb 08 2023 20:47:14 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519793582 | | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Feb 08 2023 20:38:00 | Verizon, P.O. Box 15124, Albany, NY 12212-5124 |
| 519768653 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 08 2023 20:47:13 | Walmart Rewards, Capital One, PO Box 4069, Carol Stream IL 60197-4069 |

TOTAL: 22

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 10, 2023            Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 7, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | |

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 3 of 3 |
| Date Rcvd: Feb 08, 2023 | Form ID: pdf905 | Total Noticed: 36 |

on behalf of Creditor AmeriSave Mortgage Corporation dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com

Karen E. Bezner

    Kbez@bellatlantic.net  NJ61@ecfcbis.com;KarenEBeznerEsq@aol.com

Karen E. Bezner

    on behalf of Trustee Karen E. Bezner Kbez@bellatlantic.net  NJ61@ecfcbis.com;KarenEBeznerEsq@aol.com

U.S. Trustee

    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 4