**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Katherine M. Gorczynski | Social Security number or ITIN   xxx–xx–2749 |
| | First Name    Middle Name    Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN   _ _ _ _ |
| | | EIN   _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court   District of New Jersey

Case number:   22–19173–CMG

# Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Katherine M. Gorczynski
aka Kathy Mary Gorczynski, aka Katherine M.
Anderson, aka Kathy Gorczynski

2/17/23

**By the court:** Christine M. Gravelle
United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support
obligations;

♦ debts for most student loans;

♦ debts for most taxes;

♦ debts that the bankruptcy court has
decided or will decide are not discharged
in this bankruptcy case;

♦ debts for most fines, penalties,
forfeitures, or criminal restitution
obligations;

♦ some debts which the debtors did not
properly list;

♦ debts for certain types of loans owed to
pension, profit sharing, stock bonus, or
retirement plans; and

♦ debts for death or personal injury caused
by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation
agreement are not discharged.

In addition, this discharge does not stop
creditors from collecting from anyone else who is
also liable on the debt, such as an insurance
company or a person who cosigned or
guaranteed a loan.

---

**This information is only a general summary
of the bankruptcy discharge; some
exceptions exist. Because the law is
complicated, you should consult an
attorney to determine the exact effect of the
discharge in this case.**

---

United States Bankruptcy Court

District of New Jersey

In re:                                                                                          Case No. 22-19173-CMG

Katherine M. Gorczynski                                                          Chapter 7
      Debtor

# CERTIFICATE OF NOTICE

| District/off: 0312-3 | User: admin | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Feb 17, 2023 | Form ID: 318 | Total Noticed: 36 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 19, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Katherine M. Gorczynski, 138 Sophee Lane, Lakewood, NJ 08701-6285 |
| 519793592 | + | Americo Financial Life and Annuity Insurance Compa, 300 W. 11th St, P.O. Box 410298, Kansas City, MO 64105-1618 |
| 519793593 | + | Amerisave Mortgage, P.O Box 371306, Pittsburgh, PA 15250-7306 |
| 519768657 | + | Comenity Bank Victoria Secret, PO Box 650965, Dallas TX 75265-0965 |
| 519793585 | | Covington Village Condo Assoc., P.O. Box 67750, Phoenix, AZ 85082-7750 |
| 519768663 | | Credit One American Express, Credit One Bank, PO Box 60500, City of Industry CA 91716-0500 |
| 519768664 | | Credit One American Express, Credit One Bank, PO Box 98873, Las Vegas, NV 89193-8873 |
| 519793580 | + | Denis Coughlan, 138 Sophee Lane, Lakewood, NJ 08701-6285 |
| 519793581 | | Geico, P.O. Box 70776, Philadelphia, PA 19176-0776 |
| 519793589 | + | Globe Life Ins., 3700 S. Stonebridge Drive, McKinney, TX 75070-5934 |
| 519793583 | | JCP&L, P.O. Box 3687, Akron, OH 44309-3687 |
| 519768662 | | Mecury Mastercard, Card Services, PO Box 70168, Philadelphia PA 19176-0168 |
| 519793588 | | New Jersey Natural Gas, P.O. Box 11743, Newark, NJ 07101-4743 |
| 519768660 | | Upgrade, Inc., LBX#452210, Po Box 52210, Phoenix AZ 85072-2210 |

TOTAL: 14

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Feb 17 2023 20:42:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Feb 17 2023 20:42:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/Text: NissanBKNotices@nationalbankruptcy.com | Feb 17 2023 20:41:00 | Nissan Motor Acceptance Company LLC fka Nissan Mot, 14841 Dallas Parkway, Suite 425, Dallas, TX 75254-8067 |
| 519771573 | + | EDI: AISACG.COM | Feb 18 2023 01:34:00 | Ally Financial, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 519768659 | | EDI: CAPITALONE.COM | Feb 18 2023 01:34:00 | Capital One, Teamster Privilege, PO Box 4069, Carol Stream IL 60197-4069 |
| 519768654 | + | EDI: CAPITALONE.COM | Feb 18 2023 01:34:00 | Capital One - Quick Silver, PO Box 4069, Carol Stream IL 60197-4069 |
| 519768656 | | EDI: CAPITALONE.COM | Feb 18 2023 01:34:00 | Capital One Platinum, PO Box 4069, Carol Stream IL 60197-4069 |
| 519768670 | | EDI: CITICORP.COM | Feb 18 2023 01:34:00 | Citibank, Shop Your Way Mastercard, PO Box 78024, Phoenix, AZ 85062-8024 |
| 519768655 | | EDI: DISCOVER.COM | Feb 18 2023 01:34:00 | Discover, PO Box 70176, Philadelphia PA 19176-0176 |
| 519768671 | | EDI: IRS.COM | Feb 18 2023 01:34:00 | Internal Revenue Service, United States Treasury, |

District/off: 0312-3       User: admin       Page 2 of 3

Date Rcvd: Feb 17, 2023       Form ID: 318       Total Noticed: 36

| | | | |
|---|---|---|---|
| | | | PO Box 145577, Cincinnati, OH 45250-5577 |
| 519768665 | EDI: JPMORGANCHASE | Feb 18 2023 01:34:00 | JPMCB Card, Chase Freedom, PO Box 15369, Wilmington DE 19850 |
| 519768661 | ^ MEBN | Feb 17 2023 20:39:36 | Lending Point, 1201 Roberts Blvd, Suite 200, Kennesaw GA 30144-3612 |
| 519793587 | Email/Text: NissanBKNotices@nationalbankruptcy.com | Feb 17 2023 20:41:00 | Nissan Motor Acceptance Corp, P.O. Box 660360, Dallas, TX 75266-0360 |
| 519768668 | + EDI: AGFINANCE.COM | Feb 18 2023 01:34:00 | One Main, PO Box 1010, Evansville IN 47706-1010 |
| 519768669 | EDI: AGFINANCE.COM | Feb 18 2023 01:34:00 | One Main, PO Box 740594, Cincinnati, OH 45274-0594 |
| 519793584 | Email/Text: bcwrtoff@cablevision.com | Feb 17 2023 20:42:00 | Optimum, P.O. Box 70340, Philadelphia, PA 19176-0340 |
| 519768658 | EDI: CITICORP.COM | Feb 18 2023 01:34:00 | Sears Citibank, PO Box 9001055, Louisville KY 40290-1055 |
| 519768666 | + EDI: RMSC.COM | Feb 18 2023 01:34:00 | Syncb/Care Credit, 950 Forrer Blvd., Kettering OH 45420-1469 |
| 519768667 | + EDI: RMSC.COM | Feb 18 2023 01:34:00 | Syncb/PPMC Paypal, PO Box 965005, Orlando, FL 32896-5005 |
| 519769352 | + EDI: RMSC.COM | Feb 18 2023 01:34:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519793582 | EDI: VERIZONCOMB.COM | Feb 18 2023 01:34:00 | Verizon, P.O. Box 15124, Albany, NY 12212-5124 |
| 519768653 | EDI: CAPITALONE.COM | Feb 18 2023 01:34:00 | Walmart Rewards, Capital One, PO Box 4069, Carol Stream IL 60197-4069 |

TOTAL: 22

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 19, 2023       Signature:       /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 17, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise E. Carlon | |

on behalf of Creditor AmeriSave Mortgage Corporation dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com

Karen E. Bezner

    Kbez@bellatlantic.net  NJ61@ecfcbis.com;KarenEBeznerEsq@aol.com

Karen E. Bezner

    on behalf of Trustee Karen E. Bezner Kbez@bellatlantic.net  NJ61@ecfcbis.com;KarenEBeznerEsq@aol.com

U.S. Trustee

    USTPRegion03.NE.ECF@usdoj.gov


TOTAL: 4