Form loccrtno – loccrtnov27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.:  22–19173–CMG
Chapter:  7
Judge:  Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Katherine M. Gorczynski
aka Kathy Mary Gorczynski, aka Katherine
M. Anderson, aka Kathy Gorczynski
138 Sophee Lane
Lakewood, NJ 08701

Social Security No.:
xxx–xx–2749

Employer's Tax I.D. No.:

## CERTIFICATION OF NO OBJECTION

I  Michael Brown , Deputy Clerk hereby certify that there have been no objections filed relative to the Notice of Proposed Abandonment:

Description of Property (if applicable):

138 Sophee Lane, Lakewood, New Jersey

Dated: March 1, 2023
JAN: mjb

Jeanne Naughton
Clerk