Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 22−19173−CMG
Chapter: 7
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Katherine M. Gorczynski
   aka Kathy Mary Gorczynski, aka Katherine
   M. Anderson, aka Kathy Gorczynski
   138 Sophee Lane
   Lakewood, NJ 08701

Social Security No.:
   xxx−xx−2749

Employer's Tax I.D. No.:

## FINAL DECREE

   The estate of the above named debtor(s) has been fully administered.

   If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

   ORDERED that Karen E. Bezner is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.


Dated: <u>March 10, 2023</u>             <u>Christine M. Gravelle</u>
                                          Judge, United States Bankruptcy Court